UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


<u>Rick Hebbard</u>

          v.                            Case No. 06-cv-362-PB

<u>City of Dover, et al.</u>


<u>O R D E R</u>

The parties have informed the court that they have reached an agreement to settle the case subject to the approval by the City of Dover.  In light of this agreement, the case shall be removed from the trial list and all pending motions are denied without prejudice.

The parties are to file a status report in 30 days.


SO ORDERED.


September 28, 2007                               ~~/s/ Paul Barbadoro~~
                                                                        Paul Barbadoro
                                                                        United States District Judge


cc:       Counsel of Record